UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Caniel Montani,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner or Social Security,<br><br>    Defendant. | Civil Action No. 2:21–cv–243 |

## ORDER

On or before November 19, 2021, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 9th day of November 2021.

                                                                       */s/ Kevin J. Doyle*
                                                                       Kevin J. Doyle
                                                                       United States Magistrate Judge